IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Schmidt, Thomas G | Case Number: 08 B 23154 |
|---|---|---|
|  | Schmidt, Deborah A | Judge: Wedoff, Eugene R |
|  | Printed: 01/22/09 | Filed: 8/31/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: November 14, 2008
Confirmed: November 6, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,040.00 |  |
| Secured: |  | 800.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 56.53 |
| Other Funds: |  | 1,183.47 |
| Totals: | 2,040.00 | 2,040.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Mazda American Credit | Secured | 0.00 | 800.00 |
| 2. | Mazda American Credit | Unsecured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Unsecured | 1,166.25 | 0.00 |
| 4. | EduCap Inc | Unsecured | 5,763.60 | 0.00 |
| 5. | Cab West | Unsecured | 5,476.00 | 0.00 |
| 6. | Chase Bank USA NA | Unsecured | 430.41 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 537.56 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 3,266.84 | 0.00 |
| 9. | Target National Bank | Unsecured | 240.75 | 0.00 |
| 10. | Dell Financial Services, Inc | Unsecured | 2,181.85 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 177.28 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 3,494.00 | 0.00 |
| 13. | Target National Bank | Unsecured | 2,917.26 | 0.00 |
| 14. | American Express Centurion | Unsecured | 2,147.20 | 0.00 |
| 15. | American Express Centurion | Unsecured | 606.20 | 0.00 |
| 16. | American Express Centurion | Unsecured | 2,188.78 | 0.00 |
| 17. | American Express Centurion | Unsecured | 110.44 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 321.29 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 400.51 | 0.00 |
| 20. | Discover Financial Services | Unsecured | 3,257.99 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 222.47 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 923.53 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 201.22 | 0.00 |
| 24. | Taylor Bean And Whitaker Mortgage Compan | Secured |  | No Claim Filed |
| 25. | Sallie Mae | Unsecured |  | No Claim Filed |
| 26. | Aspire Visa | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Schmidt, Thomas G
Schmidt, Deborah A
Printed: 01/22/09

Case Number:  08 B 23154
Judge:  Wedoff, Eugene R
Filed:  8/31/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | American Express | Unsecured | | No Claim Filed |
| 28. | Bank Of America | Unsecured | | No Claim Filed |
| 29. | Bank Of America | Unsecured | | No Claim Filed |
| 30. | Associated Creditor Exchange | Unsecured | | No Claim Filed |
| 31. | Bank Of America | Unsecured | | No Claim Filed |
| 32. | Bank Of America | Unsecured | | No Claim Filed |
| 33. | Armor Systems Co | Unsecured | | No Claim Filed |
| 34. | Chase | Unsecured | | No Claim Filed |
| 35. | Action Card | Unsecured | | No Claim Filed |
| 36. | Chase | Unsecured | | No Claim Filed |
| 37. | Chase | Unsecured | | No Claim Filed |
| 38. | Chase | Unsecured | | No Claim Filed |
| 39. | Chase | Unsecured | | No Claim Filed |
| 40. | Chase | Unsecured | | No Claim Filed |
| 41. | American Express | Unsecured | | No Claim Filed |
| 42. | Chase | Unsecured | | No Claim Filed |
| 43. | Citibank | Unsecured | | No Claim Filed |
| 44. | Gccb Subrogation Services | Unsecured | | No Claim Filed |
| 45. | GEMB | Unsecured | | No Claim Filed |
| 46. | GEMB | Unsecured | | No Claim Filed |
| 47. | Harris & Harris | Unsecured | | No Claim Filed |
| 48. | HSBC | Unsecured | | No Claim Filed |
| 49. | GEMB | Unsecured | | No Claim Filed |
| 50. | HSBC | Unsecured | | No Claim Filed |
| 51. | HSBC | Unsecured | | No Claim Filed |
| 52. | Chase | Unsecured | | No Claim Filed |
| 53. | HSBC | Unsecured | | No Claim Filed |
| 54. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 55. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 56. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| | | | $ 36,031.43 | $ 800.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 56.53 |
| | $ 56.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

